# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

Norvell WEBSTER CRUMP                           03908-088

_____                    _____

_____                    _____

_____                    _____

(Enter above the full name of the plaintiff    (Inmate Reg.# of each Plaintiff)
or plaintiffs in this action).

**VERSUS**                         CIVIL ACTION NO. 3:10-0788
                                   (Number to be assigned by Court)

SUSAN MORTON-SMITH

_____

FILED
JUN - 3 2010
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

_____

_____

(Enter above the full name of the defendant
or defendants in this action).

## COMPLAINT

I.  **Previous Lawsuits**

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes ✓    No ____

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit

    Plaintiffs: Norvell Webster CRUMP

    Defendants: R. WILEY, HARLEY LAPPINS, USAH GENERAL, UNited STATES of AMERICA AGENCIES of BUREAU of PRISONS (BOP) ADMINISTRATIONS BLAKER. DAVIS

2. Court (if federal court, name the district; if state court, name the county):

    UNITED STATES DISTRICT COURT DENVER, COLORADO

3. Docket Number: 10-CV-00822-BNB

4. Name of judge to whom case was assigned:

    US Magistrate Judge, Boyd N. Boland

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

    Still pending

6. Approximate date of filing lawsuit: MAY 17, 2010

7. Approximate date of disposition: _____

II. Place of Present Confinement: **ADMINISTRATIVE MAXIMUM**

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓      No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____      No ✓

    C. If your answer is YES:

        1. What steps did you take? **A Formal Administrative Remedy**

        2. What was the result? **Pressed Duress Button Staff Left it on Floor May 24, 2010 Given back to Plaintiff Civil Action No. 10-cv-00822-BNB Complaint.**

    D. If your answer is NO, explain why not: ____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: **Norvell Webster Crump 03908-088**

        Address: **ADX-Maximum Florence, CO 81226-8500**

    B. Additional Plaintiffs and Address: ____


(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant **SUSAN MORTON-Smith**

   is employed as **Federal Public Defender**

   at **P.O. Box 8068 Huntington, WV 25705 (304) 525-9816**

D.   Additional defendants: _____

## IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On or About July 20, 1992 case no. USA v. Crump 3:92-00189-1 SDWV, USDC Petitioner/PLAINTIFF/Movant said to Susan-Morton Smith Attorney "I dont Agree" she said "I'll Forge it" As to Contract. NO AGREEMENT NO WRITTEN, NO ORAL, NO VERBAL, NO EXPRESS AGREEMENT WAS EVER MADE with U.S. DISTRICT COURT Southern DISTRICT of WEST VIRGINIA At Huntington or with U.S. Attorney offices

IV. Statement of Claim (continued):

SHARON M. FRAZIER, AUSA. INFORMATION IN FACT NO DRUGS were ever produced are found. NO INDICTMENT IN CASE. NO APPEAL WAIVER see Docket sheet Attached pg 6,7,8,9, of 90 Pages IN All EXHIBITS A-D. IN FACT Petitioner/PLAINTIFF Movant is NOT Guilty.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

NULL AND VOID contract. Immediate Release. Dissmissal. PLAINTIFF/Petitioner/Movant to be brought back to CABELL County JAIL Huntington W Va to Await disposition of lawsuit. And Civil RIGHTS

## V. Relief (continued)

_____

_____

_____

_____

_____

VII. Counsel

    A. If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____   No ✓

    If so, state the name(s) and address(es) of each lawyer contacted:

_____

_____

    If not, state your reasons: _____

_____

    C. Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____   No ✓

If so, state the lawyer's name and address:

_____

_____

_____

Signed this **25** day of **MAY**, 19/ **2010**

_____

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/25/2010**
                (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)